# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Patrick Levier
Louisiana State Penitentiary DOC No. 533318
Ash - 1
Angola LA 70712

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 28, 2021

**REHEARING ACTION: April 28, 2021**

**Docket Number: 20   00232-CA**

**PATRICK LEVIER**
**VERSUS**
**JOHN TRAHAN, JUDGE**

**Appealed from Lafayette Parish Case No. C-20194503**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Van H. Kyzar**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Patrick Levier** has this day been

**DENIED.**

cc: James "Gary" Evans, Counsel for the Appellee
    Jacqueline B. Wilson, Counsel for the Appellee